

# IN THE
# TENTH COURT OF APPEALS

### No. 10-18-00366-CR

**LONNIE GENE RAGAN,**

                                                                        **Appellant**

 **v.**

**THE STATE OF TEXAS,**

                                                                        **Appellee**

### From the 82nd District Court
### Robertson County, Texas
### Trial Court No. 17-11-20565-CR

## ORDER

Appellant's Motion to Allow Further Briefing, filed on March 11, 2019, is granted.

Appellant's supplemental brief is due 30 days from the date of this Order. The time to

file the State's brief does not begin to run until appellant's supplemental brief is filed.

PER CURIAM

Before Chief Justice Gray,
        Justice Davis, and
        Justice Neill
Motion granted
Order issued and filed March 20, 2019

